# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2912 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 50 DB 2021 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 66669 |
| ERIK BENJAMIN CHERDAK, | : | |
| | : | |
| Respondent | : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2022, upon consideration of the Report and Recommendations of the Disciplinary Board, Erik Benjamin Cherdak is disbarred from the Bar of this Commonwealth. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).